PROB 12C
(7/93)

Report Date: December 14, 2010

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 15 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

Name of Offender: Clifford Charles Pluff          Case Number: 2:09CR00134-001

Address of Offender: Spokane RRC, Spokane, WA 99202

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Chief U.S. District Judge

Date of Original Sentence: 01/12/2010

| | | |
|---|---|---|
| Original Offense: | Escape from Custody, 18 U.S.C. § 1153(a) and (b) | |
| Original Sentence: | Prison - 366 days;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Ronald W. Skibbie | Date Supervision Commenced: 11/12/2010 |
| Defense Attorney: | Jaime Hawk | Date Supervision Expires: 11/11/2013 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.<br><br>**Supporting Evidence**: On December 14, 2010, the undersigned officer was advised that Mr. Pluff had left the Residential Reentry Center (RRC) on December 12, 2010, at 4:16 am, and has not returned to the facility. His current whereabouts are unknown. |
| 2 | **Special Condition # 14**: You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.<br><br>**Supporting Evidence**: As noted above, Mr. Pluff has apparently absconded from the RRC on December 12, 2010. Review of security camera footage reflects Mr. Pluff and another resident leaving the RRC through an emergency exit, without permission at 8:30 pm, 10:18 p.m., and 11:36 pm on December 11, 2010, and returning on December 12, 2010, at 2:16 am. Mr. Pluff then left the facility on December 12, 2010, at 4:16 am, and never returned. Additionally, it was reported by RRC staff that Mr. Pluff had unaccounted time in the community on December 8, 2010, when he had permission to go to Goodwill Services and to the Native American Health Center. A check of records at those locations, revealed that |

Prob12C
Re: Pluff, Clifford Charles
December 14, 2010
Page 2

Mr. Pluff did not report to either location as scheduled on December 8, 2010. He did check in with staff at via telephone that day, and was calling from a girlfriend's telephone number in Springdale, Washington.

Given Mr. Pluff's violation conduct while at the RRC, and his choice to abscond, he has been terminated from the program.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/14/2010

s/Richard Law

Richard Law
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

12/15/10
Date